**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 16-po-7016-CBS

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. SOMBRERO RANCHES, INC.,

Defendant.

---

## Stipulation for Entry of Deferral of Prosecution

---

1. For the purpose of allowing Defendant to demonstrate its good conduct, the government hereby agrees to defer its prosecution of this case for twenty-four months, i.e., until December 21, 2018. During this time, Defendant agrees to adhere to the terms and conditions below. If Defendant complies with these terms, the government will move, at the completion of the deferral period, to dismiss the charges in this case with prejudice. If Defendant fails to comply with these terms, the government may reinstitute its prosecution upon filing written notice with the Court and making a showing by a preponderance of the evidence that Defendant has failed to comply.

2. Defendant recognizes that probable cause exists to support additional charges beyond the five counts alleged in the Information. Therefore, Defendant agrees that if it does not comply with the terms and conditions outlined below, it will not object to the filing of additional charges under Title 36 of the Code of Federal Regulations beyond the period of limitations and will waive any right it

may have, now or in the future, to challenge the timeliness of any such additional charges, so long as such charges would have still been timely at the time the Court approves this agreement.

3. Defendant agrees to comply with the following terms and conditions:

- Defendant will not violate another federal, state, or local law, excluding violations of the Colorado Uniform Traffic Code, C.R.S. 42-4-101 *et seq.* and other traffic violations, for a period of twenty-four months.
- Within twenty-one months of the date when this agreement is accepted by the Court, Defendant will perform 175 hours of community service, subject to advance approval by the United States Attorney's Office for the District of Colorado. At least 70% of this community service will be personally performed by board members or stockholders of Defendant.
- Defendant will not conduct any work activity within the Canyon Lakes Ranger District of the Roosevelt National Forest or the Sulphur Ranger District of the Arapahoe National Forest (as defined by the maps attached as Exhibits A–D) for a period of twenty-four months.
- Defendant will obtain all necessary approvals from the U.S. Forest Service, Bureau of Land Management, or other applicable body before conducting any work activity on lands managed by any state or federal agency.
- Defendant will pay $22,285.23 in restitution to the U.S. Forest Service within five days of the Court approving this agreement.
- Defendant will provide the U.S. Attorney's Office for the District of Colorado with proof of compliance with these terms as well as any notice of change of address or telephone number.

4. Defendant understands that, in accordance with 18 U.S.C. § 3161(h)(2)

(2012), if the Court accepts this stipulation for deferral of prosecution, the period of delay outlined in this agreement will be excluded in computing the time within which the trial of an offense related to this matter must commence.

Date: 12-21-16

Freda Bishop, Corporate Secretary & Vice President
Sombrero Ranches, Inc., Defendant

Date: 12-21-16

James P. Melendres
Snell & Wilmer, LLP
Attorney for Defendant

Date: 12/21/16

Daniel E. Burrows
Special Assistant U.S. Attorney

**ORDER**

This deferral of prosecution is hereby accepted by the Court. The Court further finds that, pursuant to 18 U.S.C. § 3161(h)(2) (2012), the period of delay outlined in this stipulation is excluded in computing the time within which the trial of an offense relating to this matter must commence.

DATED this 21st day of December, 2016

BY THE COURT:

U.S. Magistrate Judge


EXHIBIT A
Canyon Lakes Ranger District
Roosevelt National Forest
Motor Vehicle Use Map
WYOMING
COLORADO
CACHE LA POUDRE WILDERNESS
COMANCHE PEAK WILDERNESS
RAWAH WILDERNESS
NEOTA WILDERNESS
COLORADO STATE FOREST STATE PARK
Rocky Mountain National Park
ROUTT NATIONAL FOREST
Legend
Seasonal Designation Table
Dispersed Camping Table
Roads Too Short to Be Seen Clearly on the Map


EXHIBIT B
CACHE LA POUDRE WILDERNESS
COMANCHE PEAK WILDERNESS
RAWAH WILDERNESS
NEOTA WILDERNESS
ROCKY MOUNTAIN NATIONAL PARK
Colorado State Forest State Park
PURPOSE AND CONTENTS OF THIS MAP
EXPLANATION OF LEGEND ITEMS
PROHIBITIONS
OPERATOR RESPONSIBILITIES
INFORMATION SOURCES
VICINITY MAP
Motor Vehicle Use Map
Canyon Lakes Ranger District
Roosevelt National Forest
JUL 17 2009
Colorado
America's Great Outdoors
FOREST SERVICE
DEPARTMENT OF AGRICULTURE
treadlightly!

# Motor Vehicle Use Map

Arapaho National Forest
Sulphur Ranger District
National Forest

America's Great Outdoors

Colorado NOV-1 2011



## VICINITY MAP



## PURPOSE AND CONTENTS OF THIS MAP

## PROHIBITIONS

## OPERATOR RESPONSIBILITIES

## INFORMATION SOURCES

Sulphur Ranger District
9 Ten Mile Drive P.O. Box 10
Granby, CO 80446
Phone: (970) 887-4100
TTY: (970) 887-4101

Forest Supervisor Office
Arapaho and Roosevelt National Forests
2150 Centre Ave, Building E
Fort Collins, CO 80526-8119
Phone: (970)295-6600
TTY: (970) 295-6794
www.fs.fed.us/r2/arnf

In Case of Emergency Dial 911

tread lightly!

## EXPLANATION OF LEGEND ITEMS

## DISPERSED CAMPING TABLE

## BLANKET STATEMENTS FOR TRAVEL MANAGEMENT

All routes with a seasonal designation are open from 06/15 to 11/15

For more information on Tread Lightly!, go to www.treadlightly.org or call 1-800-966-9900.

| Roads Too Short to Be Seen Clearly on The Map | | | |
|---|---|---|---|
| Road Number | Route Designation | Dispersed Camping Access | Length (feet) |
| 106 | Roads Open to Highway Legal Vehicles Only, Seasonal (6/15-11/15) | Not Allowed | 365.30 |
| 110 | Roads Open to Highway Legal Vehicles Only, Seasonal (6/15-11/15) | Not Allowed | 777.34 |
| 110.1A | Roads Open to Highway Legal Vehicles Only, Seasonal (6/15-11/15) | Not Allowed | 448.69 |
| 110.1B | Roads Open to Highway Legal Vehicles Only, Seasonal (6/15-11/15) | Not Allowed | 201.33 |
| 116.2M | Roads Open to All Vehicles, Seasonal | Allowed | 158.40 |
| 123.2E | Roads Open to All Vehicles, Seasonal | Allowed | 158.14 |
| 125.1A | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 371.54 |
| 125.1B | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 217.81 |
| 125.1C | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 363.03 |
| 125.1G | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 624.73 |
| 125.2A | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 346.44 |
| 125.2IA | Roads Open to Highway Legal Vehicles Only, Seasonal (6/15-11/15) | Not Allowed | 201.02 |
| 125.2KA | Roads Open to Highway Legal Vehicles Only, Seasonal (6/15-11/15) | Not Allowed | 161.43 |
| 125.2KB | Roads Open to Highway Legal Vehicles Only, Seasonal (6/15-11/15) | Not Allowed | 439.38 |
| 125.2M | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 357.28 |
| 190.A | Roads Open to All Vehicles, Seasonal | Allowed | 471.74 |
| 255.1 | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 414.82 |
| 256.1 | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 142.92 |
| 266.1H | Roads Open to All Vehicles, Seasonal | Not Allowed | 105.52 |
| 267.1D | Roads Open to All Vehicles, Seasonal | Allowed | 733.10 |
| 274.1C | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 519.85 |
| 274.1C1 | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 373.96 |
| 274.1C2 | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 172.87 |
| 274.1D | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 569.99 |
| 274.3 | Roads Open to Highway Legal Vehicles Only, Seasonal (6/15-11/15) | Not Allowed | 607.12 |
| 274.3A | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 553.72 |
| 274.3AA2 | Roads Open to Highway Legal Vehicles Only, Seasonal (6/15-11/15) | Not Allowed | 715.49 |
| 274.H | Roads Open to Highway Legal Vehicles Only, Seasonal (6/15-11/15) | Not Allowed | 422.68 |
| 275.A | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 545.39 |
| 275.B | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 186.92 |
| 275.C | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 720.43 |
| 276.A1 | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 700.35 |
| 276.C1 | Roads Open to Highway Legal Vehicles Only, Seasonal (6/15-11/15) | Not Allowed | 303.27 |
| 600.1A | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 760.10 |
| 600.3B | Roads Open to Highway Legal Vehicles Only, Yearlong | Not Allowed | 334.45 |
| 620.1 | Roads Open to All Vehicles, Seasonal | Allowed | 232.77 |
| 835.1 | Roads Open to All Vehicles, Seasonal | Not Allowed | 255.32 |
| 835.2A | Roads Open to All Vehicles, Seasonal | Allowed | 767.39 |
| 835.2B | Roads Open to All Vehicles, Seasonal | Allowed | 167.99 |




EXHIBIT C


EXHIBIT D
Sulphur Ranger District Office
Hot Sulphur Springs
Meadow Creek Reservoir
Indian Peaks Wilderness
James Peak Wilderness
Boulder Ranger District
Clear Creek Ranger District
Vasquez Peak Wilderness
Byers Peak Wilderness
Winter Park
Fraser
Tabernash
Blue Ridge
Berthoud Pass
Colorado Mines Pk
Jones Pass
Ptarmigan Pk
East Branch Reservoir
Ute Pk
Sylvan Reservoir
Williams Fork Reservoirs
Williams Pass
White River National Forest
Dillon Ranger District
Copper Mtn
BLANKET STATEMENTS FOR TRAVEL MANAGEMENT
DISPERSED CAMPING TABLE
Roads Too Short to Be Seen Clearly on the Map
Legend